UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

UNITED STATES OF AMERICA,
*ex rel.* MARY SCOTT,

        Plaintiff,

Case No. 1:02-CV-485

v.

Hon. Richard Alan Enslen

METROPOLITAN HEALTH
CORPORATION d/b/a METROPOLITAN
HOSPITAL, a Michigan corporation, and
MICHAEL FAAS, an individual, jointly
and severally,

**ORDER**

        Defendants.
_____/

      Plaintiff Mary Scott, through counsel, has moved for reconsideration of the Court's Order of March 22, 2005 denying two Motions *in Limine* filed by Plaintiff's counsel. Defendants Metropolitan Health Corporation and Michael Faas have opposed the relief sought.

      Pursuant to Western District of Michigan Local Civil Rule 7.4(a), reconsideration is appropriate only when the movant "demonstrate[s] a palpable defect by which the Court and the parties have been mislead [sic] . . . [and] that a different disposition must result from the correction thereof." Plaintiff's Motion fails to meet this standard. No such defect has been shown. Plaintiff is also not entitled to a different disposition for the reasons given in the March 22, 2005 Order and in Defendants' Response to the Motion for Reconsideration.

      **THEREFORE, IT IS HEREBY ORDERED** that Plaintiff Mary Scott's Motion for Reconsideration (Dkt. No. 440) is **DENIED**.

DATED in Kalamazoo, MI:
        April 26, 2005

      /s/ Richard Alan Enslen
RICHARD ALAN ENSLEN
UNITED STATES DISTRICT JUDGE