UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA ex rel.
MARY SCOTT,

       Plaintiff,                                  Case No. 1:02-cv-485

v.                                                    Hon. Robert J. Jonker

METROPOLITAN HEALTH CORPORATION,
et al,

       Defendants.
_____/

**ORDER ADMINISTRATIVELY CLOSING REMAINDER OF CASE**

        This matter was reopened for the purpose of considering three motions recently filed by the defendants (docket nos. 924, 926 and 930). Mary Scott subsequently filed bankruptcy in the Eastern District of North Carolina on February 3, 2010. The following day, this court entered an Order Administratively Closing Case for Judgment Collection Against Mary Scott, leaving open defendants' motion to set aside conveyances (docket no. 930), which was referred to the undersigned. The parties having been in consultation with the bankruptcy judge in the Eastern District of North Carolina, and having appeared before the undersigned via telephone conference this date, and both parties and both courts concurring that the filing of bankruptcy automatically stays all proceedings now pending in this court at this time because of the potential necessity of involving Mary Scott, the court, upon further consideration, administratively closes the remainder of the case, including any and all pending motions, pending further order of this court.

        **IT IS SO ORDERED.**

Dated: February 22, 2010                       /s/ Hugh W. Brenneman, Jr.
                                                        HUGH W. BRENNEMAN, JR.
                                                        United States Magistrate Judge